UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC C. CHATMAN,<br>        Plaintiff,<br>    v.<br>LITTLE CAESARS PIZZA, et al.,<br>        Defendants. | Case No. 18-cv-03427-JD<br><br>**ORDER OF TRANSFER**<br>Re: Dkt. Nos. 2, 4 |

This is a civil rights case brought pro se by a state prisoner. Plaintiff presents allegations regarding an incident that occurred in San Diego County which is located in within the venue of the United States District Court for the Southern District of California. Plaintiff is incarcerated in this district. Because the allegations occurred in the Southern District and the defendants reside there, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).[1]

This case is **TRANSFERRED** to the United States District Court for the Southern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the Court will not rule upon plaintiff's motions (Docket Nos. 2, 4) which are **VACATED**.

**IT IS SO ORDERED.**

Dated: July 19, 2018

JAMES DONATO
United States District Judge

---

[1] While it does not appear that plaintiff can proceed pursuant to 42 U.S.C. § 1983, the Southern District can determine if another cause of action is appropriate.

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC C. CHATMAN,<br>   Plaintiff,<br>  v.<br>LITTLE CAESARS PIZZA, et al.,<br>   Defendants. | Case No. 18-cv-03427-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 19, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric C. Chatman ID: BD5474
SVSP
P.O. Box 1050
Soledad, CA 93960

Dated: July 19, 2018

             Susan Y. Soong
             Clerk, United States District Court

             By: /s/ Lisa R. Clark
             LISA R. CLARK, Deputy Clerk to the
             Honorable JAMES DONATO